UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

S.D., D.M., H.D., D.S., K.M., D.B.,

    Plaintiffs,

v.                                                          Case No. 8:22-cv-146-SDM-AAS

WELLPATH, LLC,
RACHEL MCCARTHY, PASCO
COUNTY, and CHRISTOPHER NOCCO,

    Defendants.
_____/

## ORDER

After reviewing the parties' notice (Doc. 141), the discovery conference previously scheduled for May 9, 2023 at 11:00 A.M. is canceled.

Each dispute identified in the joint notice would benefit from the parties' counsel having a substantive discussion about the dispute. *See* Middle District Discovery (2021) at Section I.A.2 ("Many potential discovery disputes are resolved (or the differences narrowed or clarified) when counsel confer in good faith."). Apparent from the notice, a substantive discussion did not occur prior to the parties' filing the notice. Thus, no later than **May 22, 2023**, the parties must have a *substantive* discussion in an attempt to resolve these discovery disputes. For any discovery disputes not resolved or narrowed through the parties' substantive discussion, the parties may submit an amended joint

notice outlining those still-outstanding discovery disputes. The joint notice must list each discovery dispute followed by each party's position. The joint notice must also list the dates, times, length, manner, and attendees of the substantive discussions about the remaining disputes. Upon receipt of the amended joint notice, the court either will schedule the discovery conference or order further conferral.

      **ORDERED** in Tampa, Florida, on May 8, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge