UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00146-SDM-AAS

S.D., ET AL.,

    Plaintiffs,

v.

WELLPATH LLC, PASCO COUNTY;
PASCO SHERIFF CHRISS NOCCO, IN
HIS OFFICIAL CAPACITY; AND
RACHEL MCCARTHY,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a) and (b), Plaintiffs, S.D. et al. ("Plaintiffs"), and Defendants, Wellpath LLC, Pasco County, and Pasco Sheriff Chris Nocco, in his official capacity ("Defendants") (Plaintiffs and Defendants, each a "Party" and collectively the "Parties"), jointly notify the Court that they have agreed to resolve all claims in this case. The Parties are in the process of approving and executing settlement agreements. Because there are 23 Plaintiffs, some of whom are unhoused, housing-insecure, or incarcerated, the Parties anticipate that full execution of the settlement agreements may take several weeks. The Parties request that the Court dismiss the case subject to the right of any Party to move within 90 days to re-open the case for further proceedings.

Dated August 9, 2023.

Respectfully submitted,

| | |
|---|---|
| **LASH & GOLDBERG LLP**<br>Suite 1200, Miami Tower<br>100 Southeast Second Street<br>Miami, Florida 33131-2100<br>Telephone: (305) 347-4040<br>Facsimile: (305) 347-4050<br>*Counsel for Defendant Wellpath LLC*<br><br>*/s/ Michael E. Strauch*<br>Martin B. Goldberg<br>Florida Bar No. 0827029<br>mgoldberg@lashgoldberg.com<br>Michael E. Strauch<br>Florida Bar No.13988<br>mstrauch@lashgoldberg.com<br>Ashley P. Singrossi, Esq.<br>Florida Bar No. 1010132<br>asingrossi@lashgoldberg.com | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>630 Som Center Rd., Ste. 108<br>Cleveland, Ohio 44139<br>Telephone: (216) 260-0808<br>*Counsel for Plaintiffs*<br><br>*/s/ Ashlie Case Sletvold*<br>Ashlie Case Sletvold<br>Florida Bar No. 64244<br>asletvold@peifferwolf.com<br>Jessical S. Savoie *(pro hac vice)*<br>jsavoie@peifferwolf.com |
| **BILLING, COCHRAN, LYLES, MAURO & RAMSEY, P.A.**<br>515 East Las Olas Blvd., 6th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 764-7150<br>*Counsel for Sheriff Chris Nocco*<br><br>*/s/ Jeffrey R. Lawley*<br>Jeffrey R. Lawley<br>Florida Bar No. 596027<br>jrl@bclmr.com | **PASCO COUNTY ATTORNEY'S OFFICE**<br>8731 Citizens Dr Ste 340<br>New Port Richey, FL 34654<br>Telephone: (727) 847-8120<br>Facsimile: (727) 847-8021<br>*Counsel for Defendant Pasco County*<br><br>*/s/ Anthony M. Salzano*<br>Anthony M. Salzano<br>Florida Bar No. 186945<br>asalzano@pascocountyfl.net |

CASE NO. 8:22-cv-00146-SDM-AAS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record, and via email and U.S. mail to *pro se* Defendant Rachel McCarthy, at rmac812@gmail.com, 14319 Pompano Pass, Springhill, FL 34609.

*/s/ Michael E. Strauch*